UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PAUL TURNER and ANDREW WARREN, individually and on behalf of a class of persons similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> MILLENNIUM PARK JOINT VENTURE, LLC, d/b/a PARK GRILL FOOD SERVICES, also d/b/a THE PARK GRILL, also d/b/a PARK GRILL CAFÉ, also d/b/a THE PARK CAFÉ, <br><br> Defendant. | Case No. 10-cv-3593 |

## DECLARATION OF LANCE STERLING

Lance Sterling declares under penalty of perjury:

1. I am presently Assistant General Manager of the Park Grill. As such, I am responsible for the overall operation of the restaurant when I am on duty. I have worked at the Park Grill in various capacities for approximately five years.

2. During Scott Floersheimer's time as Director of Operations of the Park Grill, I reported directly or indirectly to him for a substantial period. I have reviewed his Affidavit filed in this matter. The policies and practices which he described in his Affidavit have continued through approximately 2009. One detail that should be added is that during the summer of 2008, we started to transition from plastic utensils on our outdoor Plaza to silverware. Then during the busy season of 2009, Lilly Zuniga performed silverware rolling for the Plaza more frequently then she had before.

3. When Lilly worked as silverware roller, she would generally roll silverware for at least an eight-hour shift. She would usually roll enough silverware so that all servers on all shifts on our indoor operation would utilize the silverware she rolled.

4. The silverware roller worked as part of the service team of busers, food runners, bartenders, and servers. The goal was for this service team to produce a fine dining experience for our customers.

5. The foregoing is within my personal knowledge, and if called to testify, I could testify competently thereto.

Executed under penalty of perjury at Chicago, Illinois on August 2, 2010.

_____
Lance Sterling

2