# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

MICHAEL W. DOBBINS

CLERK                                   April 20, 2011                              312-435-5670

Mr. Gino J. Agnello, Clerk
U.S. Court of Appeals-Seventh Circuit
219 South Dearborn Street-Room 2722
Chicago, Illinois 60604

RE:   Turner et al v. Millennium Park Joint Venture, LLC

U.S.D.C. DOCKET NO.   10-cv-3593
U.S.C.A. DOCKET NO.   11-1612

Dear Mr. Agnello:

Please find attached the supplemental record on appeal consisting of the following:

| | |
|---|---|
| VOLUME OF PLEADING(S): | NONE |
| VOLUME(S) OF TRANSCRIPT(S): | ONE (1) |
| VOLUME(S) OF DEPOSITION(S): | NONE |
| EXHIBITS | NONE |
| OTHER (SPECIFY): | NONE |

SPECIAL NOTE:


Please acknowledge date of receipt of the above mentioned materials on the attached copy of this
letter.

Very truly yours,

Michael W. Dobbins, Clerk


By:     s/ Eunice M. Tejeda
        Deputy Clerk


cc: Counsel of Record

United States of America            }

                                            }

Northern District of Illinois        }
Eastern Division                 }

I, MICHAEL W. DOBBINS  , Clerk of the United States District Court for the Northern District of Illinois, do hereby certify to the United States Court of Appeals, for the Seventh Circuit, the following, to wit, in supplement to the Record on Appeal heretofore certified to your court on 04/06/2011.

RE: Turner et al v. Millennium Park Joint Venture, LLC

USDC NO.: 10-cv-3593

USCA NO.: 11-1612

| DATE | ITEM NO. | DESCRIPTION |
|---|---|---|
| 04/15/2011 | 58 | TRANSCRIPT OF PROCEEDINGS held on 3/8/10 before the Honorable Milton I. Shadur. Court Reporter Contact Information: Zandi, Charles R., 312/435-5387, charles_zandi@ilnd.uscourts.gov. |

IN TESTIMONY WHEREOF, I have hereunto subscribed my name and affixed the seal of aforesaid court at Chicago, Illinois, this  20th  day of April, 2011.

Michael W. Dobbins, Clerk

By: s/ Eunice M. Tejeda
Deputy Clerk

A TRUE COPY-ATTEST
MICHAEL W. DOBBINS, CLERK
-
By: s/ EUNICE M. TEJEDA
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN
DISTRICT OF ILLINOIS
-
April 20, 2011

Case: 1:10-cv-03593 Document #: 59 Filed: 04/20/11 Page 3 of 4 PageID #:445

APPEAL, MASON, TERMED

# United States District Court
## Northern District of Illinois - CM/ECF LIVE, Ver 4.2 (Chicago)
### ABRIDGED CIVIL DOCKET FOR CASE #: 1:10-cv-03593
#### Internal Use Only

| | |
|---|---|
| Turner et al v. Millennium Park Joint Venture, LLC | Date Filed: 06/10/2010 |
| Assigned to: Honorable Milton I. Shadur | Date Terminated: 03/07/2011 |
| Case in other court: Circuit Court of Cook County, 09 CH 50701 | Jury Demand: None |
|                11-01612 | Nature of Suit: 710 Labor: Fair Standards |
| Cause: 29:201 Fair Labor Standards Act | Jurisdiction: Federal Question |

**Plaintiff**

**Paul Turner**                                          represented by **James X. Bormes**
Law Office of James X. Bormes
8 South Michigan Avenue
Suite 2600
Chicago, IL 60603
(312) 201-0575
Email: bormeslaw@sbcglobal.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey Grant Brown**
Converse & Brown LLC
35 East Wacker Drive
Suite 650
Chicago, IL 60601
(312) 789-9700
Fax: (312) 782-4519
Email: jgbrownlaw@sbcglobal.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Catherine P. Sons**
Converse & Brown LLC
35 East Wacker Drive
Suite 650
Chicago, IL 60601
312 789 9700
Fax: (312) 782-4519
Email: sons@conversebrown.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Andrew Warren**                                        represented by **James X. Bormes**
*individually and on behalf of a class of persons*      (See above for address)
*similarly situated*                                     *LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey Grant Brown**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Catherine P. Sons**
(See above for address)
*ATTORNEY TO BE NOTICED*

Case: 1:10-cv-03593 Document #: 59  Filed: 04/20/11 Page 4 of 4 PageID #:446

V.

**Defendant**

**Millennium Park Joint Venture, LLC**            represented by **Robert Howard Brown**
*doing business as*                                                              Laner, Muchin, Dombrow, Becker,
Park Grill Food Services                                                  Levin & Tominberg, Ltd.
*doing business as*                                                              515 North State Street
The Park Grill                                                                   Suite 2800
*doing business as*                                                              Chicago, IL 60654-4688
Park Grill Cafe                                                                   (312) 467-9800
*doing business as*                                                              Email: rbrown@lanermuchin.com
The Park Cafe                                                                   *LEAD ATTORNEY*
                                                                                         *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/15/2011 | 🌐 58 | TRANSCRIPT OF PROCEEDINGS held on 3/8/10 before the Honorable Milton I. Shadur. Court Reporter Contact Information: Zandi, Charles R., 312/435-5387, charles_zandi@ilnd.uscourts.gov. <br><br> IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings. <br><br> Redaction Request due 5/6/2011. Redacted Transcript Deadline set for 5/16/2011. Release of Transcript Restriction set for 7/14/2011. (Zandi, Charles) (Entered: 04/15/2011) |